UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**OSCAR CONTRERAS AGUILAR,**

    Plaintiff,

v.                                                    Case No: 5:25-cv-396-MSS-PRL

**DONALD J. TRUMP, ATTORNEY GENERAL OF THE UNITED STATES, WILLIAM K. MARSHALL, E. K. CARLTON and SHANNON D. WITHERS,**

    Defendants.

## ORDER

In order for the Court to determine the sufficiency of the Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 12), certain additional information is necessary.

Accordingly, **IT IS HEREBY ORDERED** that the Warden, or appropriate official, shall, within **14 DAYS** of this Order, provide to the Court, under oath, or declare under penalty of perjury, a statement of the current balance in the Plaintiff's account and a record of the transactions that have occurred within the last six months.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 30th day of July 2025.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Party, Warden-FCC Coleman USP II