# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**OSCAR CONTRERAS AGUILAR,**

**Plaintiff,**

**v.**

Case No.: 5:25-cv-396-MSS-PRL

**DONALD J. TRUMP, in his official capacity as President of the United States, PAMELA BONDI, in her official capacity as Attorney General, WILLIAM K. MARSHALL, in his official capacity as Director of the Bureau of Prisons, E. K. CARLTON, in his official capacity as Warden of U.S.P. Coleman 2, and SHANNON D. WITHERS, in her official capacity as Complex Warden,**

**Defendants.**

_____/

## UNITED STATES' RESPONSE AND NOTICE OF COMPLIANCE

The United States[1] submit this Response and Notice of Compliance pursuant to this Court's July 25, 2025 order. (Doc. 15).

---

[1] The United States learned of the instant case on August 6, 2025, and is currently assessing whether individual representation authorization is necessary for the named Defendants. The United States submits this filing to address the Court's July 25, 2025 order. (Doc. 15). The United States

The BOP is complying with the June 3, 2025 injunction issued in Kingdom v. Trump. Plaintiff continues to receive social accommodations and medical hormone therapy, as well as access to a Transgender Commissary List. See Exhibit A (medication summary); Exhibit B (commissary list).

On June 4, 2025, the Federal Bureau of Prisons (BOP) notified all components that the BOP was enjoined from implementing Executive Order 14168 following the order of the United States District Court for the District of Columbia in Kingdom v. Trump et al., 25-cv-691. Without waiving any privilege that might apply, we have confirmed that on June 10, 2025, the BOP Office of General Counsel formally informed the agency's executive staff of the injunction entered in Kingdom v. Trump and of the need to comply with its terms.

The United States has not been served as of this filing. However, this response is submitted in the interest of facilitating a comprehensive response to comply with the Court's July 25, 2025 order. (Doc. 15). The United States does not waive and reserves its right to file subsequent responsive pleadings as may be necessary.

---

expressly reserves the right to submit a responsive pleading, including a motion to dismiss, once service has been properly effected.

Dated: August 7, 2025  Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

*/s/Conor P. Flynn*
CONOR P. FLYNN
Assistant United States Attorney
Florida Bar No. 1010091
Office of the United States Attorney
For the Middle District of Florida
35 SE 1st Avenue, Suite 300
Tele. (352) 547 3600
conor.flynn@usdoj.gov

## Certificate of Service

I hereby certify that on August 7, 2025, I filed a true copy of the foregoing with the Court using the Court's CM/ECF filing system, which will send an electronic notice of filing. I further certify that on August 6, 2025, I caused a true copy of the foregoing to be served by United States mail, first class postage prepaid, upon:

Oscar Contreras Aguilar
Inmate no. 90039-053
USP Coleman 2
P.O. Box 1034
Coleman, FL  33521

*/s/Conor P. Flynn*
Conor P. Flynn
Assistant United States Attorney