# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** COX--COLEMAN FCC | **Begin Date:** 01/01/2025 | **End Date:** 08/06/2025 |
| **Inmate:** CONTRERAS AGUILAR, OSCAR | **Reg #:** 90039-053 | **Quarter:** K01-220U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| **Allergy** | **Reaction** | **Date Noted** |
|---|---|---|
| Penicillins | Unknown | 12/27/2017 |

   AS PER TRANSFER PAPERWORK.  HOWEVER INMATE DENIES ALLERGY

## Active Prescriptions

DULoxetine HCl Delayed Rel 60 MG Cap
Take one capsule (60 MG) by mouth each day *consent form on file * ***note increased dose***
**Rx#:** 1250808-COX    **Doctor:** Archer, Kendes (MOUD) MD/CD
**Start:** 12/09/24    **Exp:** 12/09/25                **Pharmacy Dispensings:** 270 CAP in 240 days

Estradiol 2 MG Tab
Take two tablets (4 MG) by mouth each day
**Rx#:** 1250519-COX    **Doctor:** Archer, Kendes (MOUD) MD/CD
**Start:** 12/09/24    **Exp:** 06/07/25                **Pharmacy Dispensings:** 322 TAB in 180 days

Estradiol 2 MG Tab
Take two tablets (4 MG) by mouth each day
**Rx#:** 1284148-COX    **Doctor:** Goss, Christpher (MOUD) FNP-C
**Start:** 06/18/25    **Exp:** 12/15/25                **Pharmacy Dispensings:** 180 TAB in 49 days

Naproxen 500 MG Tab
Take one tablet (500 MG) by mouth twice daily AS NEEDED with food -- FOR NECK AND BACK PAIN.
**Rx#:** 1250809-COX    **Doctor:** Archer, Kendes (MOUD) MD/CD
**Start:** 12/09/24    **Exp:** 06/07/25                **Pharmacy Dispensings:** 322 TAB in 180 days

Naproxen 500 MG Tab
Take one tablet (500 MG) by mouth twice daily AS NEEDED with food -- FOR NECK AND BACK PAIN.
**Rx#:** 1284147-COX    **Doctor:** Goss, Christpher (MOUD) FNP-C
**Start:** 06/18/25    **Exp:** 12/15/25                **Pharmacy Dispensings:** 90 TAB in 49 days

Spironolactone  50 MG Tab
Take two tablets (100 MG) by mouth twice daily
**Rx#:** 1250520-COX    **Doctor:** Archer, Kendes (MOUD) MD/CD
**Start:** 12/09/24    **Exp:** 12/09/25                **Pharmacy Dispensings:** 840 TAB in 240 days

| | | |
|---|---|---|
| Complex: COX--COLEMAN FCC | Begin Date: 01/01/2025 | End Date: 08/06/2025 |
| Inmate: CONTRERAS AGUILAR, OSCAR | Reg #: 90039-053 | Quarter: K01-220U |