## FCC Coleman Transgender Commissary List

Inmate: _____   Register Number: _____   Institution: _____

**UNDERWEAR/BRAS**

| Item | Price |
|---|---|
| Donna Loren Sports Bra size S-3X | $6.50 |
| ___Hanes 6pk Brief SZ 6,7 | $12.35 |
| ___Hanes 3pk Brief Sz6 | $9.05 |
| ___Hanes 3Pk Brief Sz7 | $8.30 |
| ___Hanes 3PK Brief Sz8 | $9.95 |
| ___Fruit/Loom 3PK Brief Sz6 | $7.50 |
| ___Fruit/Loom 3PK Brief Sz7 | $7.15 |
| ___Fruit/Loom 3PK Brief Sz8 | $7.50 |
| ___WMS Low Cut Sock 3Pk | $4.35 |

**HAIR CARE**

| Item | Price |
|---|---|
| ___Claw Clip's Small | $2.70 |
| ___Claw Clip's Medium | $2.85 |
| ___Claw Clip's Large | $5.40 |
| ___Large Pik Comb | $1.00 |
| ___Hair Rubber Bands | $1.00 |
| ___Motions Shampoo | $9.75 |
| ___Motions Conditioner | $8.10 |
| ___Motions Moisturizer | $6.50 |
| ___Pump Hair Spray | $2.80 |
| ___Conair Foam Curlers | $2.35 |

**Soap/Body Care**

| Item | Price |
|---|---|
| ___Coco Butter Body wash | $5.20 |
| ___Dove Deep Moisturizing | $8.50 |
| ___Coconut Lime Lotion | $5.40 |

**Deodorant**

| Item | Price |
|---|---|
| ___Lady Speed Stick | $2.80 |
| ___Secret Powder Fresh | $2.60 |

**Woman's Watch/Shoes (Limit 1)**

| Item | Price |
|---|---|
| ___Timex Watch T5K646 | $35.85 |
| Under Armour Surge 4 (WHT) | $64.95 |

**Make-Up**

| Item | Price |
|---|---|
| ___Wet&Wild Clear Lip Gloss | $3.00 |
| ___Cover Girl Peach Blush | $6.20 |
| ___Wet&Wild Eye Shadow | $3.80 |
| ___Wet&Wild Ivory Foundation | $6.75 |
| ___Wet&Wild Chestnut Foundation | $6.75 |
| ___Porcelain | $6.75 |

**Personal Care**

| Item | Price |
|---|---|
| ___Persona 8Pk disposable razor | $2.30 |
| ___Cotton Swabs | $1.25 |
| ___Cotton Balls | $1.50 |

**Prices subject to change without notice**

**Items are limited to 2ea. unless otherwise noted**

** NO Substitutions or refunds**

_____
Shannon D. Withers, Complex Warden

_____
Eugene K. Carlton, Warden (CLP)

_____
J. Phelps, Acting Warden (COM)

_____
Anthony Mendoza, Warden (COL)