FILED
AUG 18 2025 AM11:50
FILED - USDC - FLMD - OCA

In The United States District Court
For The Middle District of Florida.



Oscar Contreras Aguilar
Plaintiff
v.
Donald J. Trump, et al.,
Defendants

Civil Action No. 5:25-CV-396-MSS-PRL

Attachments: Exhibit A.

PLAINTIFF'S RESPONSE TO DEFENDANTS' "NOTICE OF COMPLIANCE" (Doc. 19).

The plaintiff hereby respectfully responds to defendants' "Notice of Compliance" (Doc. 19).

As an initial matter, plaintiff acknowledges that she and other transgender inmates at USP Coleman 2 did not receive Female Undergarments until August 12th, 2025, and it only happened because of Scrutiny From this Court (see Doc. 15, Order, 7-25-25).

However, as far as the medical hormone therapy (Estradiol & Spironolactone) goes, while medical staff at USP Coleman 2 have recently backtracked and stated that plaintiff's Hormone Replacement Treatment won't be discontinued, they (medical staff) are now Stating that plaintiff will not get a dosage increase. Thus, plaintiff will be left permanently at her Current dosage (2 MG Estradiol tablets twice per day & 2 50MG tablets of Spironolactone twice daily) even though her Current dosage is relatively Small and per the medical plan in effect prior to defendant Trump's Executive Order 14168, plaintiff is Supposed to get a dosage increase.

Furthermore, plaintiff Continues to be subjected to pat-down searches & strip searches by male BOP guards, and USP Coleman 2 officials are refusing to provide plaintiff a Yellow ID Card which per the Transgender Offender Manual (BOP program Statement 5200.08) which was in effect immediately prior to defendant Trump's Executive Order, is to be issued for transgender woman inmates. The "Yellow ID Card" is an special ID which transgender inmates carry with them at all times to show prison staff that only Female Staff may pat or strip search them. And the transgender Commissary List which defendants Filed (Doc. 19-2, Page ID 185) is the old transgender list that was available prior to Trump's executive Order and which has not been available ever since.[1]

In fact, plaintiff just recently asked for a transgender Commissary List, and BOP Staff Stated "They are not available anymore". This Court emphasized to defendants that per the June 3rd, 2025, injunction issued in Kingdom v. Trump, "Gender-affirming hormone therapy and social accommodations in accordance with BOP policy and practice in effect immediately prior to President Trump's issuance of the E.O." is to be followed/continue. USP Coleman 2 staff refusal to issue a Yellow ID Card to plaintiff is contrary to the Transgender Offender Manual (BOP P.S. 5200.08) which was in effect prior to Trump's E.O.

Footnote:
1 See Exhibit A, attached hereto

Moreover, BOP Staff at USP Coleman 2, continue to use male pronouns when referring to plaintiff, thus misgendering plaintiff.

WHEREFORE, the plaintiff hereby respectfully states her position with respect to defendants' "NOTICE OF COMPLIANCE" (Doc. 19), and respectfully moves the Court to take appropriate action.

I declare Under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true & Correct.

August 13th, 2025.

Respectfully Submitted,

[signature]

Oscar Contreras Aguilar
Reg# 90039-053
U.S. Penitentiary-Coleman 2
P.O. Box 1034
Coleman, FL, 33521
plaintiff

Oscar Contreras Aguilar v. Donald J. Trump, et al,
Civil No. 5:25-CV-396-MSS



---

Exhibit A

FROM: 90039053
TO: Warden PEN 2
SUBJECT: ***Request to Staff*** CONTRERAS AGUILAR, OSCAR, Reg# 90039053, CLP-K-A
DATE: 08/01/2025 11:55:51 AM

To: E.K. Carlton
Inmate Work Assignment: none

Dear warden, on june 3rd , 2025, a class action injunction was issued by the federal court in D.C. in kingdom et al. v. trump et al., enjoining the BOP from enforcing or implementing president trump's executive order No. 14168 titled: "DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT". The injunction further ordered the BOP to immediately reinstate the Transgender Offender Manual BOP P.S. 5200.08 and to continue to provide all transgender inmates in bop custody all the protections that BOP P.S. 5200.08 provided to transgender inmates. As of the date of this writing, however, transgender inmates here at usp coleman 2, including me, are still not being allowed to buy female undergarments or make up items(female cosmetics e.g. lipstick, lip gloss,foundation, eye shadow, blush, hair dye, etc.) nor are we being provided such items and accomodations by the facility, despite the court order/injunction in the above-mentioned case ordering the BOP to do so. I respectfuuly request that i be assigned a yellow card so only female staff can pat or strip search me. And i also respectfully request that i be provided bras and panties and make up items(female cosmetic items) and/or that such items be made available for purchase in commissary. I am a transgender woman with a Gender Dysphoria diagnosis. I have been on the Hormones Replacement Treatment since last year. And i do not have any weird or sex offender history. I am truly a genuine transgender lady 100%. Respectfully Submitted, /s/ Fendii G. Skyy ( Ms. Contreras Aguilar, Oscar Reg# 90039053)

Exhibit A Exhibit A

No response from the Warden as of 8-13-25

By: [signature]
Plaintiff

Oscar Contreras Aguilar
Reg# 90039-053
Federal Correctional Complex
U.S. Penitentiary - Coleman 2
P.O. Box 1034
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
15 AUG 2025 PM 6 L

SCREENED
By USMS




To: Office of The Clerk
United States District Court
Middle District of Florida
Golden-Collum Memorial Federal Building & U.S. Courthouse
207 N.W. Second Street, Room 337
Ocala, FL, 34475

*Legal Mail*
*Special Maile

34475-666687

FCC COLEMAN MAILRROM
846 NE 54th TERRACE
COLEMAN, FL 33521

*Legal Mail*

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING. THE LETTER HAS BEEN NEITHER OPENED OR INSPECTED. IF THE WRITER RAISES A QUESTION OR A PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION. YOU MAY WISH TO RETURN THE MAIL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

MAILROOM STAFF

DATE

*Special Mail*