Motion to Intervene as Joint Co-Plaintiff

Oscar Contreras Aguilar v. Donald J. Trump
5:25-cv-396-MSS-PRL

1.) Movant, Darnell Nash (hereinafter "movant") is a Transgender women in BoP custody. She is currently being held at USP Coleman II in Florida. Movant has also been diagnosed with Gender Dysphoria. Finally, Ms. Nash, due to breast implants, has a 38 DD bra size.

2.) Movant shares the same facts as stated in Plantiffs Amended complaint (Doc #11). Movant hereby moves to adopt all the facts as stated in the Amended Complaint as her own. Movant hereby also adopts the Amended complaint and the legal claims raised therein as her own. Movant hereby also adopts the same prayer for relief in the Amended complaint as her own.

3.) Ms. Nash has been raped over 200 times in BoP custody — including being raped and violently sexually assaulted by prison guards (see US v. Nash Case #: 1:13-CR-00467-BYP Doc# 309, # 327 and 324 Northern District of Ohio)

Not just that: on April 15, 2024 Ms. Nash was sexually assaulted by officer White during a "pat search" (see ID, DKT #304 Page Id 1824-1825)

Despite that, and despite the class action injunction issued on June 3rd, 2025 against the BoP in Kingdom v. Trump No: 1:25-cv-691-RCL, we - transgender women at USP Coleman 2, are still being denied all the protections and accomodations that BoP provided prior to President Trump's executive order No 14168 - specifically the pat search accommodation and by doing so increased the likelihood of sexual assault on Ms. Nash by other inmates and staff.

## Conclusion

The failure to provide pat search accommodations not only contribute to a culture of impunity for perpetrators of sexual violence but underlines the indifference to which the prison warden has proceeded in this case. Indeed, Transgender women with personal histories of personal

victimization would likely be revictimized by male guards invasive contact with their breast and genitals.

Respectfully Submitted,
_Durrell Nash_
Pro-Se

Darnell Nash #13150
United States Penitentiary Coleman II
P.O. Box 1034
Coleman, FL 33521

United States Courthouse
207 Northwest Second Street, Suite 337
Ocala, FL 34475

SCREENED By USMS

34475-666687

