# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**GUILLERMO PEREZ,**

    **Petitioner,**

**v.**                                                                         **Case No: 5:25-cv-551-PGB-PRL**

**WARDEN, FCC COLEMAN - MEDIUM,**

    **Respondent.**

## ORDER TO SHOW CAUSE

Petitioner, a federal inmate proceeding pro se, has filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. (Doc. 1). A review of the Federal Bureau of Prisons' records reflects that Petitioner is no longer housed at FCC Coleman Medium. He is now housed at USP Beaumont.[1] Petitioner has failed to advise the Court of any change of address.[2] Accordingly, Petitioner is directed to show cause within **14 days** of the date of this Order why his case should not be dismissed without further notice. The failure to comply within the allotted time will result in the dismissal of this case without further notice.

---

[1] *See* Inmate Locator, Federal Bureau of Prisons, available at https://www.bop.gov/inmateloc/ (last visited January 9, 2026).

[2] Petitioner was warned that the failure to advise the Court of his current mailing address may result in dismissal of this action. (Doc. 2 ¶ 9).

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 9th day of January 2026.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record