UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**OSCAR CONTRERAS AGUILAR,**

    Plaintiff,

v.                                        Case No: 5:25-cv-396-MSS-PRL

**DONALD J. TRUMP, et al.,**

    Defendants.

## ORDER

Plaintiff is a transgender woman federal inmate proceeding *pro se*. (Doc. 11). Pending before the Court is Plaintiff's "Notice of Intent and Request for Blank Subpoena Duces Tecum Forms." (Doc. 46). Plaintiff seeks blank subpoena forms for three witnesses for the upcoming hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 4). Upon due consideration, Plaintiff's Motion (Doc. 46) is **GRANTED**. The **Clerk** is directed to send Plaintiff **3** blank Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (AO 88) forms.

**DONE** and **ORDERED** in Tampa, Florida, on January 13, 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Parties, Counsel of Record