In The United States District Court
For The Middle District of Florida

1 of 2

Oscar Contreras Aguilar
AKA: Fendii G. Skyy,
   Plaintiff
v.
Donald J. Trump, et al.,
   Defendants.

No. 5:25-CV-396-MSS-PRL

## PLAINTIFF'S NOTICE & MOTION TO SECURE WITNESSES' PRESENCE FOR THE IN-PERSON HEARING OF 02-02-2026

The plaintiff hereby respectfully provides this notice with a list of the witnesses she intends to call for the in-person hearing currently scheduled for February 2nd, 2026, pertaining to plaintiff's motion for a Preliminary Injunction (Doc. 4). All of Plaintiff's witnesses are Federal inmates in FBOP custody at USP Coleman 2 in the same unit as plaintiff. Plaintiff also hereby respectfully moves the Court to issue an Order directing defendants to ensure plaintiff's witnesses at the hearing on 02-02-2026 at the Sam Gibbons U.S. Courthouse in Tampa, Florida, to the extent that the Court hasn't already done so at Dkt. Entry 50 dated 01-09-2026. id., at 3.

2 OF 2

The following is plaintiff's updated list of witnesses she intends to call at the hearing:
1) Inmates: Darnell Nash Reg# 31505-001
2) Jimmy Ramos Reg# 58020-080
3) James Radford Reg# 07044-063
4) Franklin Mackensi Robinson Reg# 21986-171
5) Ronald Fourhorns Reg# 08056-040

Defendants will not suffer undue burden or prejudice as all of the above-mentioned inmate-witnesses are in FBOP custody at USP Coleman 2 in the same housing unit as plaintiff.

This shall serve as a Notice to Defendants to ensure all of plaintiff's identified-above witnesses are brought to the Courthouse for the hearing. See Doc. 50, Court Order dated 01-09-26, at 3 (ensuring "any potential witnesses' attendance at this hearing.").[1]

WHEREFORE, plaintiff respectfully files this notice & motion and moves the Court to grant it if necessary.

January 19th, 2026.

Respectfully Submitted,
Jendii G. Skyy
Oscar Contreras Aguilar
Reg# 90039053
Plaintiff

---

[1] USP Coleman 2 warden Eugene K. Carlton will also be called by the plaintiff for oral examination. Thus, defendants shall ensure the warden's presence at the hearing.

2 OF 2

Oscar Contreras Aguilar
Reg# 90039053
Federal Correctional Complex
U.S. Penitentiary - Coleman 2
P.O. Box 1034
Coleman, FL 33521

To: Office of The Clerk
U.S. District Court
Middle District of Florida, U.S. Courthouse
401 West Central Boulevard,
Room 1200
Orlando, FL 32801

TAMPA
SAINT PETERSBURG
22 JAN 2026
UNITED STATES OF AMERICA
FOREVER/USA

32801-012000

