UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**OSCAR CONTRERAS AGUILAR,**

    Plaintiff,

v.                                        Case No: 5:25-cv-396-MSS-PRL

**DONALD J. TRUMP, ATTORNEY GENERAL OF THE UNITED STATES, WILLIAM K. MARSHALL, E. K. CARLTON and SHANNON D. WITHERS,**

    Defendants.

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 4), the Order Granting Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 31), Defendants' Motion to Dissolve and Opposition to the October 3, 2025 Preliminary Injunction (Doc. 54), and Plaintiff's Response in Opposition to Defendants' Motion (Doc. 57). An In-Person Hearing will proceed on February 2, 2026, as previously noticed. *See* Doc. 53.

Accordingly, it is **ORDERED** as follows:

1. In addition to Plaintiff Aguilar and witnesses Darnell Nash and Jimmy Ramos, whom the Defendant has advised it will transport to the courthouse, the Defendants must produce Plaintiff's witness, James Radford, to appear virtually for the hearing. The additional witnesses Plaintiff belatedly requested shall be made available virtually as well, so that they can testify in the event Plaintiff demonstrates that their testimony is necessary.

2. Attorneys Megan Noor and Michael Perloff, Counsel representing the class in *Kingdom v. Trump*, 1:25-cv-691-RCL (D.D.C.), shall appear telephonically. Attorney Noor shall also advise lead Defense counsel in *Kingdom* of the hearing, and they may appear telephonically as well.

**DONE** and **ORDERED** at Tampa, Florida, on January 28, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Parties, Counsel of Record