UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**OSCAR CONTRERAS AGUILAR,**

    Plaintiff,

v.                                                                Case No: 5:25-cv-396-MSS-PRL

**DONALD J. TRUMP, ATTORNEY GENERAL OF THE UNITED STATES, WILLIAM K. MARSHALL, E. K. CARLTON and SHANNON D. WITHERS,**

    Defendants.

## ORDER

This cause was heard before the Court on February 2, 2026. At the conclusion of the hearing, the Court ordered the following:

1. The October 3, 2025, Preliminary Injunction (Doc. 31) is **DISSOLVED**.

2. Plaintiff's renewed motion for preliminary injunction, made orally at the hearing, is **DENIED**.

3. The Motion to Dismiss (Doc. 49) for failure to exhaust is **DENIED.**

4. A transcript of the Court's findings and ruling will be created and entered on the docket.

5. The case is **STAYED** pending resolution of the class action pending in *Kingdom v. Trump*, Case No. 1:25-cv-691-RCL (D.D.C.).

6. Plaintiff, however, has leave to file any new demand for injunctive relief should there be any new circumstances that arise or any retaliation due to Plaintiff's initiation or pursuit of relief in this action.

7. The **CLERK** shall terminate any pending motions and **ADMINISTRATIVELY CLOSE** this case.

**DONE** and **ORDERED** at Tampa, Florida, on February 5, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Party, Counsel of Record