


In The United States District Court
For The Middle District of Florida           1 OF 3

Oscar Contreras Aguilar,
AKA: Fendii G. Skyy
  Plaintiff,

V.                                    Civil No. 5:25-CV-396-MSS-PRL

Donald J. Trump, et al.,
  Defendants.

## MOTION TO REOPEN THIS CASE AND FOR A HEARING ON PLAINTIFF'S SECOND EMERGENCY MOTION FOR A T.R.O. & PRELIMINARY INJUNCTION

Plaintiff Fendii G. Skyy ("Plaintiff") hereby respectfully moves the Court to reopen the instant case and conduct a hearing via VTC[1] on Plaintiff's Second Emergency Motion for a Temporary Restraining Order & Preliminary Injunction" (attached hereto). By Order dated 02-05-26, this Court stayed the instant action pending resolution in the Kingdom V. Trump Case (Doc. 61, at 1).

Nevertheless, in the same Order the Court also granted Plaintiff "leave to file any new demand for injunctive relief should there be any new circumstances that arise..." (Doc. 61, at 2).

---

[1] Plaintiff truly appreciates, and is very grateful for, the Court having given Plaintiff her day in Court during the 02-02-26 in-person hearing. This time Plaintiff asks the Court to hold a hearing virtually because it would be more healthy & convenient for Plaintiff. The 3 days prior to the 02-02-26 in-person hearing Plaintiff was held in a County jail, in complete isolation in suicide watch without being able to shower, shave, or even sleep much.

Therefore, for the reasons stated in plaintiff's "Second Emergency Motion for a T.R.O. & Preliminary Injunction" which seeks relief against the new BOP system-wide policy P.S. 5260.01 entitled "Management of Inmates with Gender Dysphoria" signed and issued by defendant William K. Marshall (BOP Director) on February 19th, 2026, which implements and enforces defendant Trump's Executive Order No. 14168 regarding gender-affirming care for transgender inmates in BOP custody, the plaintiff respectfully urges the Court to reopen this case and promptly conduct a Virtual hearing via VTC[2] on the Second motion for a T.R.O. & Preliminary Injunction.

WHEREFORE, Plaintiff respectfully moves the Court to grant this motion and reopen this case and conduct a Virtual hearing (via VTC) on Plaintiff's "Second Emergency Motion for a T.R.O. & Preliminary Injunction" (attached hereto).

---

The only items plaintiff was allowed to have in Suicide Watch at the County jail was a tear-resistant smuck & a tear-resistant blanket. The cell was very cold. Plus, from Friday, 01-30-26 through Monday, 02-02-26 (over the weekend), plaintiff did not receive her psychotropic medication nor her hormones pills. As such, on 02-02-26, during the in-person hearing plaintiff was sleep-deprived and had gone without her meds for days. Still, plaintiff did what she could under the circumstances and did not voiced concerns with the Court because she didn't want to sound like a crying baby. This time it will be different.

3 of 3

March 3rd, 2026.  Respectfully Submitted,
Coleman, Florida.  /s/ Fendii G. Skyy
                                        Oscar Contreras Aguilar
                                        Reg#90039-053
                                        U.S. Penitentiary - Coleman 2
                                        P.O. Box 1034
                                        Coleman, FL 33521
                                        Plaintiff - Pro Se -

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2026, I will mail by U.S. Mail the foregoing motion to the Clerk of Court for filing, and will also mail a copy of the same to:

    Katrina Seeman
    Trial Attorney, Civil Division
    U.S. Dept. of Justice
    P.O. Box 7146
    Ben Franklin Station
    Washington, D.C. 20044.
        Counsel for Defendants.

By: /s/ Fendii G. Skyy
    Plaintiff  03-04-26.

---

[2] A hearing via VTC would also fulfill the PLRA's progeny which states: "To the extent practicable... pretrial proceedings in which the prisoner's participation is required... shall be conducted by... Video Conference..." 42 U.S.C. § 1997e(f)(2000).

PLAINTIFF'S "SECOND EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION" with Exhibits Attached.

Oscar Contreras Aguilar
Reg # 90039-053
Federal Correctional Complex
U.S. Penitentiary - Coleman 2
P.O. Box 1034
Coleman, FL 33521

SCREENED
By USMS

To: Office of the Clerk,
United States District Court,
Middle District of Florida
Golden-Collum Memorial Federal Building & U.S. Courthouse
207 N.W. Second Street
Room 337
Ocala, Florida 34475

*Legal Mail*
*Special Mail*

*Legal Mail*

*Special Mail*

*Legal Mail*