UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OSCAR CONTRERAS AGUILAR,

    Plaintiff,

v.                                         **Case No: 5:25-cv-396-MSS-PRL**

DONALD J. TRUMP, ATTORNEY
GENERAL OF THE UNITED
STATES, WILLIAM K.
MARSHALL, E. K. CARLTON and
SHANNON D. WITHERS,

    Defendants.

---

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Emergency Motion for Protective Order, (Dkt. 64), Motion to Reopen Case and Motion for a Hearing on the Second Motion for Temporary Restraining Order, (Dkt. 65), and Second Emergency Motion for Temporary Restraining Order. (Dkt. 66) Upon consideration of the foregoing, the Court hereby **ORDERS** as follows:

The Government is **DIRECTED** to Respond to Plaintiff's Emergency Motion for Protective Order, (Dkt. 64), **on or before Thursday, March 26, 2026.** Specifically, the Government is directed to respond to the allegations of retaliation against the Plaintiff and the witnesses who appeared at the hearing in this case. If Ms. Nash was brutally beaten as described, the Government will need to address the circumstances in detail in order for the Court to have assurance that it was not in response to her

appearance on the order of this Court at the hearing held in this case. The Government is also directed to respond to the allegation that grievance forms are still being withheld from incarcerated individuals. If a hearing on Plaintiff's Motion for Protective Order is necessary, the Court will set a hearing and the parameters and location of that hearing by separate notice.

Plaintiff asserts in her Motion for Temporary Restraining Order, (Dkt. 66), that the BOP has implemented a new policy banning gender-affirming surgery in the BOP and banning the prescription of new hormones to incarcerated transgender people, or tapering those already prescribed off the hormones. (Id. at 7) Because this new policy is already before the U.S. District Court for the District of Columbia, the requested relief is intertwined with the pending class action litigation in the same court, and Plaintiff is a member of the class, see Kingdom v. Trump, Case No. 1:25-cv-691-RCL, at ECF Nos. 124, 125, 147 (D.D.C. 2026), the Court will refrain from exercising jurisdiction over the Motion. See Pride v. Correa, 719 F.3d 1130 (9th Cir. 2013). Accordingly, Plaintiff's Motion for Temporary Restraining Order is **DENIED WITHOUT PREJUDICE** pending resolution of the class action in Kingdom. If Plaintiff later has a claim solely on her own behalf that is discrete from and not duplicative of the litigation in Kingdom, Plaintiff may assert that claim.

As follows, Plaintiff's Motion for a Hearing on the Temporary Restraining Order is **DENIED WITHOUT PREJUDICE**. The Court **TAKES UNDER**

**ADVISEMENT** Plaintiff's Motion to Reopen Case, pending the Government's Response to Plaintiff's Motion for Protective Order.

**DONE** and **ORDERED** in Tampa, Florida this 18th day of March 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of record
Any unrepresented party