# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**OSCAR CONTRERAS AGUILAR,**

      **Plaintiff,**

    **v.**                        **Case No.:  5:25-cv-00396-MSS-PRL**

**DONALD J. TRUMP, ATTORNEY
GENERAL OF THE UNITED
STATES, WILLIAM K.
MARSHALL, WARDEN E. K.
CARLTON, and SHANNON D.
WITHERS,**

      **Defendants.**

_____/

### ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's motion titled Emergency Pleading/Motion/Serious Emergency. (Doc. 98). Plaintiff claims that since she was placed in the Special Housing Unit ("SHU") on July 14, 2026, she has been "repeatedly sexually assaulted, abused, harassed, as well as anally penetrated by different male inmates that were forced upon Plaintiff by SHU staff who knew those inmates would certainly abuse Plaintiff." *Id*. at 1. Plaintiff alleges that the correctional officers ignore her when she seeks help.

Plaintiff states that she was raped by her last cellmate and is being sexually assaulted by her current cellmate. *Id.* When she reports this to SHU staff "all they do is laugh at Plaintiff, ignore her, and/or claim that Plaintiff is lying and just wants to move in [with] her 'boyfriend.'" She claims that Ofc. Adkins told Plaintiff's current

cellmate to rape Plaintiff. *Id*. Her current cellmate has "forcibly kissed Plaintiff repeatedly on her lips, he has groped Plaintiff on her butt [and] breasts, and keeps on pressing Plaintiff for 'some head.'" *Id*. at 2. The cellmate told Plaintiff that on his birthday, August 8, 2026, he will have "birthday sex" with Plaintiff "no matter what." *Id*. Plaintiff claims that she is unable to defend herself from her cellmate because if she does, she gets written up for fighting. *Id*.

By Order dated July 28, 2026, the Warden was directed to file an update by August 11, 2026, advising the Court of Plaintiff's current status, advising as to the basis for the placement of Plaintiff in the SHU, and stating what actions the Warden is undertaking to protect Plaintiff from her cellmate, or, alternatively, advising, with details, that Plaintiff's allegations concerning the incidents with the cellmate in the SHU are false. *See* Doc. 97 at 2–3. However, due to the additional allegations in the instant motion, the Court finds that an expedited response is necessary.

Accordingly, it is **ORDERED**

1. Plaintiff's Motion (Doc. 98) is **GRANTED** to the extent that by the end of the day of **August 7, 2026,** Warden E.K. Carlton must file an update advising the Court of Plaintiff's current status, advising as to the basis for the placement of Plaintiff in the SHU, and stating what actions the Warden is undertaking to protect Plaintiff from her cellmate, or, alternatively, advising, with details, that Plaintiff's allegations concerning the incidents with the cellmate in the SHU are false. A copy of that update shall be served on class counsel in *Kingdom*. Alternatively, the Warden may notify the

2

Court that the Plaintiff has been segregated from the cellmate who is threatening her currently. In that event, the deadline to respond may remain August 11, 2026.

**DONE** and **ORDERED** in Tampa, Florida on August 6, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Pro Se Party
Counsel of Record

3